OHIO EDISON COMPANY, APPELLEE, *v.* MAYFIELD, ADMR.; INTRIERI, APPELLANT.

[Cite as Ohio Edison Co. *v.* Mayfield (1985), 20 Ohio St. 3d 69.]

(No. 85-308—Decided November 27, 1985.)

*Roderick, Myers & Linton* and *Kenneth R. Davis,* for appellee.
*Elliott, Heller & Maas* and *Steven D. Maas,* for appellant.

*Per Curiam.* The issue certified in this case is whether an order overruling a motion to dismiss an appeal filed under R.C. 4123.519 is a final, appealable order. We addressed this issue in *Ferrell* v. *Standard Oil Co.* (1984), 11 Ohio St. 3d 169, and held at the syllabus:

"An order overruling a motion to dismiss an appeal to the court of common pleas pursuant to R.C. 4123.519 is not a final, appealable order within the meaning of R.C. 2505.02."

In reaching this determination, we specifically rejected the arguments advanced by appellant herein that an appeal under R.C. 4123.519 is a "special proceeding" and that the overruling of a motion to dismiss in such a case is one "affecting a substantial right." *Id.* at 170-171.

Accordingly, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

CELEBREZZE, C.J., SWEENEY, WISE, HOLMES, PATTON, DOUGLAS and WRIGHT, JJ., concur.

WISE, J., of the Fifth Appellate District, sitting for LOCHER, J.

PATTON, J., of the Eighth Appellate District, sitting for C. BROWN, J.